### 43254. PHILLIPS v. CITIZENS & SOUTHERN NATIONAL BANK.

BELL, Presiding Judge. The Citizens & Southern National Bank brought this suit for money had and received against Ruth Phillips. The petition showed that plaintiff credited $4,134.96 to defendant's savings account through a bookkeeping error and that defendant then went to the bank and withdrew the entire amount and closed the account. On motion for summary judgment plaintiff supported these allegations by the testimony of its agent who supervised the recording of deposits and withdrawals. The evidence showed conclusively that defendant was not entitled to retain the money which she admitted she withdrew from the account. There was no material issue left in the case. The court properly granted plaintiff's motion for summary judgment. See *Brackett v. Fulton Nat. Bank*, 80 Ga. App. 467, 470 (2) (56 SE2d 486).

*Judgment affirmed. Jordan, P. J., and Hall, J., concur. Quillian, J., disqualified.*

SUBMITTED JANUARY 4, 1968—DECIDED JANUARY 18, 1968.

*Edward J. Goodwin, Robert R. Cook,* for appellant.
*Adams, Adams & Brennan, Edward T. Brennan,* for appellee.

### 43281, 43282. FLANIGAN v. KENNESAW LIFE & ACCIDENT INSURANCE COMPANY (two cases).

BELL, Presiding Judge. This is the third appearance of these cases before this court. See *Kennesaw Life &c. Ins. Co. v. Flanigan*, 114 Ga. App. 510 (151 SE2d 881); s. c., 115 Ga. App. 818 (156 SE2d 219). The present appeal is controlled by the decision in 114 Ga. App. 510, supra.

*Judgment affirmed. Hall and Quillian, JJ., concur.*

SUBMITTED JANUARY 4, 1968—DECIDED JANUARY 18, 1968.

*L. H. Hilton,* for appellants.
*Jones & Kemp, Charles M. Jones,* for appellee.